UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| COMPOUND SOUTH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY,<br><br>    Defendant. | No. 5:23-CV-070-H-BQ |

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 29. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. The parties are directed to file a status report regarding the settlement by March 22, 2024. If a final settlement has been executed, the parties must submit a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order.

In light of the settlement, the defendant's motion to deny the plaintiff's claim for attorneys' fees (Dkt. No. 10) is denied as moot.

So ordered on February 22, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE